Case Name: BARANOWSKI, VICKIE LYNNE
          AKA HOUSE, VICKIE L.
Case No:    07-70659

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: October 16, 2008        WILLIAM T. NEARY
                                     United States Trustee, Region 11

                         BY:   */s/ Carole J. Ryczek*
                                CAROLE J. RYCZEK
                                Attorney for the U.S. Trustee