IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
BARANOWSKI, VICKIE LYNNE

AKA HOUSE, VICKIE L

CASE NO. 07-70659 MB

Judge Manuel Barbosa

Debtor(s)

Social Security/Employer Tax ID Number:

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:   U.S. BANKRUPTCY COURT
         211 South Court Street, Room 220
         Rockford, IL  61101

   on:   November 26, 2008
   at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| JAMES E. STEVENS Trustee | $ 0.00 | $ 4,768.01 | |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA Trustee's Firm Legal | $ 0.00 | $ 4,770.50 | |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA Trustee's Firm Legal | $ 0.00 | $ | 127.00 |
| Clerk of the Bankruptcy Court Trustee's Firm Legal | $ 0.00 | $ | 250.00 |

EXHIBIT A

4. The Trustee's Final Report shows total:

   a. Receipts                                    $       40,180.10

   b. Disbursements                               $            5.00

   C. Net Cash Available for Distribution         $       40,175.10

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $30,259.59, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $32,322.68, resulting in an approximate distribution of 93.62% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.


DATE: 10/14/2008                    /s/ James E. Stevens

EXHIBIT A

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: jclarke                Page 1 of 1                   Date Rcvd: Oct 17, 2008
Case: 07-70659                 Form ID: pdf002              Total Served: 37

The following entities were served by first class mail on Oct 19, 2008.
db           +Vickie Lynne Baranowski,    121 Queens Place,    Poplar Grove, IL 61065-8810
aty          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
aty          +Tyler A Moore,    6833 Stalter Drive,    First Floor,    Rockford, IL 61108-2579
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
11254430     +All Kids and Family Care,    PO Box 19121,    Springfield, IL 62794-9121
11254431     +Bellwood Animal Hospital,    1869 North Bell School Road,    Rockford, IL 61107-2721
11254432     +Belvidere Physical Therapy,    522 South State Street,    Belvidere, IL 61008-3709
11617837     +CHASE BANK, USA, N.A.,    PO BOX 100018,    KENNESAW, GA 30156-9204
11254433     +Camelot Endodontics,    2835 McFarland Road, Suite B,    Rockford, IL 61107-6819
11254434     +Capital One,    PO Box 60024,    City Of Industry, CA 91716-0024
11640680     +Capital One Bank,    c/o Tsys Debt Mgmt.,    PO Box 5155,    Norcross, GA 30091-5155
11254435      Cardmember Service,    PO Box 1000044,    Kennesaw, GA 30156
11254436     +Chase,    PO Bxo 15291,    Wilmington, DE 19886-5291
11479429      Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA 98124-3978
11254437     +Chase Card Services,    PO Bxo 15905,    Wilmington, DE 19886-5905
11254438     +Dental Group of Rockford,    5819-21 East Riverside Blvd,    Rockford, IL 61114-4963
11254439     +Discover,    %Zwicker and Associates,    80 Minuteman Road,    Andover, MA 01810-1008
11254441     +Edward Baranowski,    1165 Willoby Lane,    Elgin, IL 60120-4938
11254442     +First Franklin,    c/o Select Portfolio Servicing Inc,    Remittance Processing,    P O Box 65450,
               Salt Lake City, UT 84165-0450
11254443     +Glen House,    121 Queens Place,    Poplar Grove, IL 61065-8810
11254445     +Great Bank,    234 South Randall Road,    Algonquin, IL 60102-9706
11254446      Harris Bank,    202 West NW Hwy,    Palatine, IL 60067
11254447     +Northwestern Medical Facility Foundation,    38693 Eagle Way,    Chicago, IL 60678-0001
11254448     +Northwestern Memorial Hospital,    PO Box 73690,    Chicago, IL 60673-0001
11254449     +OSF St. Anthony Medical Center,    5666 East State Street,    Rockford, IL 61108-2472
11254450     +Physicians Immediate Care,    %Creditors Protection Service, Inc.,
               202 West State Street, Suite 300,    PO Box 4115,    Rockford, IL 61110-0615
11254451     +Physicians Immediate Care,    8103 Burden Road,    Machesney Park, IL 61115-8208
11254452     +Rehab. Institute of Chicago,    PO Box 129,    Lombard, IL 60148-0129
11254453     +SCSI,    PO Box 6250,    Madison, WI 53716-0250
11254455     +Sears,    PO Box 182149,    Columbus, OH 43218-2149
11254454      Sears,    PO Box 20363,    Kansas City, MO 64195-0363
11254456     +Sears Card,    PO Box 183081,    Columbus, OH 43218-3081
11254457     +Washington Mutual,    PO Box 660487,    Dallas, TX 75266-0487
11254458      Wells Fargo,    4820 East State Street,    Rockford, IL 61108
11254459     +Women's Group of Northwestern,    34551 Eagle Way,    Chicago, IL 60678-0001
The following entities were served by electronic transmission on Oct 18, 2008.
11468606      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 18 2008 05:23:03      DFS-Services, LLC,
               PO Box 3025,    New Albany Ohio 43054-3025
11254440      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 18 2008 05:23:03      Discover Card,   PO Box 30395,
               Salt Lake City, UT 84130
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11254444      Glen House
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2579
11468607*     DFS-Services, LLC,    PO Box 3025,    New Albany Ohio 43054-3025
                                                                                              TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2008**                        **Signature:** *Joseph Speetjens*