UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| IN RE: | ) | In Bankruptcy Under Chapter 7 |
|---|---|---|
| | ) | |
| VICKIE LYNN BARANOWSKI, | ) | Case No. 07-70659 |
| | ) | |
| Debtors. | ) | Judge Manuel Barbosa |

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued. Evidence of all cancelled checks are attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

_____
TRUSTEE, JAMES E. STEVENS

## CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: 1-23-09

WILLIAM T. NEARY, UNITED STATES TRUSTEE

By: _Christine K. Miller_
CHRISTINE K. MILLER, Paralegal Specialist

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**JPMorganChase**

May 31, 2008 through June 30, 2008
Account Number: **000312097002265**

ACCOUNT # 000312097002265
BARANOWSKI VICKIE LYNNE
07-70659

**IMAGES**



004780920739 JUN 10 #0000001001 $5.00



004780920739 JUN 10 #0000001001 $5.00



**JPMorganChase**

November 01, 2008 through November 28, 2008

Primary Account: **000312097002265**

ACCOUNT # 000312097002266
BARANOWSKI VICKIE LYNNE
07-70659

**IMAGES**



005580360619 NOV 28 #0000000101 $4,770.50



005580360619 NOV 28 #0000000101 $4,770.50



005580360617 NOV 28 #0000000102 $127.00

005580360617 NOV 28 #0000000102 $127.00



**JPMorganChase**

November 01, 2008 through November 28, 2008

Primary Account: **000312097002265**

ACCOUNT # 000312097002266
BARANOWSKI VICKIE LYNNE
07-70659




005580360618 NOV 28 #0000000103 $4,768.01

005580360618 NOV 28 #0000000103 $4,768.01

Page 5 of 5

# JPMorganChase

November 29, 2008 through December 31, 2008

Primary Account: **000312097002265**

ACCOUNT # 000312097002266
BARANOWSKI VICKIE LYNNE
07-70659

**IMAGES**



007980876442 DEC 09 #0000000104 $250.00



007980876442 DEC 09 #0000000104 $250.00



003080612375 DEC 04 #0000000105 $13,770.97



003080612375 DEC 04 #0000000105 $13,770.97



Page 4 of 6

**JPMorganChase**

November 29, 2008 through December 31, 2008

Primary Account: **000312097002265**

ACCOUNT # 000312097002266
BARANOWSKI VICKIE LYNNE
07-70659



004280754755 DEC 02 #0000000106 $7,932.92



004280754755 DEC 02 #0000000106 $7,932.92



003580676045 DEC 16 #0000000107 $6,436.73



003580676045 DEC 16 #0000000107 $6,436.73



**JPMorganChase**

November 29, 2008 through December 31, 2008

Primary Account: **000312097002265**

ACCOUNT # 000312097002266
BARANOWSKI VICKIE LYNNE
07-70659




007880557572 DEC 05 #0000000108 $2,125.97

007880557572 DEC 05 #0000000108 $2,125.97

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

November 29, 2008 through December 31, 2008
Primary Account: **000312097002265**

**CUSTOMER SERVICE INFORMATION**

Service Center: 1-800-634-5273



00015355 DBI 802 24 00209 - NNNNN 1 000000000 60 0000
07-70659 BARANOWSKI VICKIE LYNNE
DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| Checking | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| Bankruptcy Business Checking 000312097002266 | 30,516.59 | 0.00 |
| **Total** | **$30,516.59** | **$0.00** |
| Savings | | |
| Bankruptcy Business Money Market 000312097002265 | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |
| **TOTAL ASSETS** | **$30,516.59** | **$0.00** |

**All Summary Balances** shown are as of December 31, 2008 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

**JPMorganChase**



November 29, 2008 through December 31, 2008
Primary Account: **000312097002265**

## BANKRUPTCY BUSINESS MONEY MARKET

07-70659 BARANOWSKI VICKIE LYNNE　　　　　　　Account Number: 000312097002265
DEBTOR

## SAVINGS SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| **Ending Balance** | 0 | $0.00 |
| Interest Paid Year-to-Date |  | $13.50 |

This account earns interest daily and the current interest rate is 0.05%.

**JPMorganChase** 

November 29, 2008 through December 31, 2008
Primary Account: **000312097002265**

## BANKRUPTCY BUSINESS CHECKING

07-70659 BARANOWSKI VICKIE LYNNE              Account Number: 000312097002266
DEBTOR

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $30,516.59 |
| Checks Paid | 5 | - 30,516.59 |
| Ending Balance | 5 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 104 | 12/09 | $250.00 |
| 105 | 12/04 | 13,770.97 |
| 106 | 12/02 | 7,932.92 |
| 107 | 12/16 | 6,436.73 |
| 108 | 12/05 | 2,125.97 |
| **Total Checks Paid** |  | **$30,516.59** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/02 | $22,583.67 |
| 12/04 | 8,812.70 |
| 12/05 | 6,686.73 |
| 12/09 | 6,436.73 |
| 12/16 | 0.00 |